# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00231-01-CR-W-HFS |
| ) | |
| LARRY L. RADCLIFFE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 15, 2024, the Grand Jury returned a three-count Indictment charging Defendant Larry L. Radcliffe with possession with intent to distribute methamphetamine (Count One), possession of a firearm during a drug trafficking crime (Count Two), and being a felon in possession of a firearm (Count Three).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: William A. Alford, III (will have a paralegal)
        Case Agent: Kyle Morgan, DEA
    Defense: Lesley Diana Smith (will have a second chair)
        Investigator: Kendra Jackson
        Paralegal: Tasha Hubbert

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 6 with stipulations; 8 without stipulations
    Defendant: 2 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 50 exhibits
    Defendant: approximately 10-15 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2½ days total**
    Government's case including jury selection: 2 day(s)
    Defendant: ½ day(s)

**STIPULATIONS**: Possible stipulations as to felony status and interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** No unusual questions of law.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before November 19, 2024.**
        Defendant: None filed. **Due on or before November 19, 2024**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 25, 2024.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before November 25, 2024.**

**TRIAL SETTING**: Criminal jury trial docket set for December 2, 2024.

    **Please note:** Defense counsel requests the second week of the docket due to a scheduled meeting with an out-of-town client on the first week of the trial docket. The Government is available either week.

    **IT IS SO ORDERED.**

                                      */s/ Lajuana M. Counts*
                                      LAJUANA M. COUNTS
                                      UNITED STATES MAGISTRATE JUDGE